THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LASSANA MAGASSA, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civ. A. No. 19-1952 (KBJ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 7(h), Defendant Federal Bureau of Investigation ("FBI") moves for summary judgment in this Freedom of Information Act case. In support thereof, the FBI respectfully refers the Court to the accompanying Memorandum of Points and Authorities, the Declaration of Michael G. Seidel and its exhibits, including the Vaughn Index, the *in camera* declaration, and Proposed Order.

Dated: August 18, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VANHORN
D.C. Bar No. 924092
Civil Division Chief

By:  */s/ John C. Truong*
JOHN C. TRUONG
D.C. BAR # 465901
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2524
john.truong@usdoj.gov

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LASSANA MAGASSA,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civ. A. No. 19-1952 (KBJ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and the entire record herein, it is this _____ day of _____, 2020,

ORDERED that Defendant's Motion for Summary Judge is hereby GRANTED

SO ORDERED.

_____
United States District Judge