THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LASSANA MAGASSA,<br><br>                 Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>                 Defendant. | Civ. A. No. 19-1952 (KBJ) |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 7(h), Defendant Federal Bureau of Investigation ("FBI") respectfully submits the following Statement of Material Facts Not in Genuine Dispute ("SMF"):

(1) Plaintiff Lassana Magassa is a U.S. citizen and resident of Seattle, Washington, who previously worked for Delta AirLines, Inc. The Declaration of Michael G. Seidel ("Seidel Decl.") ¶ 5, Complaint ¶ 4.

(2) On February 14, 2017, Plaintiff submitted a Freedom of Information Act/Privacy Act ("FOIPA") request to the FBI seeking copies of all files, correspondence, or other records concerning himself. Seidel Decl. ¶ 6 (Ex. A)

(3) The FBI acknowledged receipt of Plaintiff's request in a letter dated on February 24, 2017, and also explained that it had assigned his request Number 1367694-000. Seidel Decl. ¶7.

(4) The FBI informed Plaintiff that he could check the status of his request at www.fbi.gov/foia and he could appeal the FBI's response to the DOJ, Office of Information Policy ("OIP") within ninety (90) days of its letter, contact the FBI's FOIA public liaison, and or

seek dispute resolution services by contacting the Office of Government Information Services ("OGIS"). Seidel Decl. ¶ 7 (Ex. B).

(5)     January 25, 2018, Plaintiff's Counsel submitted additional correspondence via facsimile, requesting the FBI to take prompt action in response to his FOIA request. Seidel Decl. ¶ 7 (Ex. C)

(6)     On February 1, 2018, the FBI notified Plaintiff's Counsel of the status of his request and advised he could accelerate the processing of his request by reducing its scope. Seidel Decl. ¶ 8 (Ex. D)

(7)     The FBI further requested Plaintiff to indicate in writing if he would want to discuss reducing the scope of his request. *Id.*

(8)     Three weeks later, on February 22, 2018, the FBI informed Plaintiff that the agency had reviewed 19 pages and explained that it would release 19 pages of records in full or in part, at no charge. Seidel Decl. ¶ 9 (Ex E).

(9)     The FBI's February 22nd letter further explained that it withheld certain information under Privacy Act Exemptions (j)(2) and (k)(6) along with FOIA Exemptions (b)(6), (b)(7)(C), and (b)(7)(E). *Id.*

(10)    The FBI further advised that, if Plaintiff was seeking access to records that would either confirm or deny an individual's placement on any government watch list, the FBI would not confirm or deny the existence of any such records because their existence is protected from disclosure pursuant to 5 U.S.C. § 552a (j)(2) and 5 U.S.C. § 552(b)(7)(E). *Id.*

(11)    On May 22, 2018, Plaintiff appealed the FBI's February 22nd letter response to the Office of Information Policy ("OIP"), a component of the Department of Justice. Seidel Decl. ¶ 10 (Ex. F).

(12)　On May 23, 2018, OIP acknowledged receipt of Plaintiff's appeal and, on November 20, 2018, affirmed the FBI's response. Seidel Decl. ¶¶ 11-12 (Ex. G and H).

(13)　OIP's November 20th letter further advised Plaintiff of his right to file a lawsuit in the federal district court if he was dissatisfied with its action on the appeal or seek mediation services by contacting OGIS.  Seidel Decl. ¶ 12 (Ex. H).

(14)　On June 28, 2019, Plaintiff filed his complaint in the U.S. District Court for the District of Columbia.  *See* Complaint (ECF No. 1.)

(15)　The FBI performed a second search and located additional records for processing. In all, the FBI released 27 pages (with Bates stamped FBI(19-cv-1952)-1 through FBI(19-cv-1952)-27) to Plaintiff in full or in part, with certain information withheld pursuant to Privacy Act Exemptions (j)(2), (k)(2), (k)(5), and (k)(6) and FOIA Exemptions (b)(3), (b)(6), (b)(7)(C), and (b)(7)(E).  The FBI also informed Plaintiff the documents represented the FBI's final release concerning his FOIPA request and were being provided at no charge.  Seidel Decl. ¶ 14 (Ex. I).

(16)　Ultimately, the FBI released ten pages of records in full and seventeen pages in part. *See Vaughn* Index (Ex. J).

\* \* \*

Dated: August 18, 2020                              Respectfully submitted,

                                                               MICHAEL R. SHERWIN
                                                               Acting United States Attorney

                                                               DANIEL F. VANHORN
                                                               D.C. Bar No. 924092
                                                               Civil Division Chief

By:    */s/ John C. Truong*
        JOHN C. TRUONG
        D.C. BAR # 465901
        Assistant U.S. Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2524
        john.truong@usdoj.gov

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LASSANA MAGASSA, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civ. A. No. 19-1952 (KBJ) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and the entire record herein, it is this _____ day of _____, 2020,

ORDERED that Defendant's Motion for Summary Judge is hereby GRANTED SO ORDERED.

_____
United States District Judge