# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LASSANA MAGASSA**, *Plaintiff,* vs. **FEDREAL BUREAU OF INVESTIGATION**, *Defendant.* | CASE NO.: 19-cv-1952 (KBJ) <br><br> CIVIL ACTION <br><br> **[PROPOSED] ORDER** |

Upon consideration of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, and the entire record in this case, it is hereby **ORDERED**:

The Defendant's Motion for Summary Judgment is **DENIED** in its entirety.

**SO ORDERED** this _____ day of _____, 2020.

_____
HON. KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE