CHRISTINA A. JUMP (D.C. ID No. TX151)
    cjump@clcma.org
LEILA E. MUSTAFA (D.C. ID. No. TX0169)
    lmustafa@clcma.org
Constitutional Law Center for Muslims in America
(CLCMA) 833 E. Arapaho Rd., Ste. 102
Richardson, TX 75081
Tel: (972) 914-2507; Fax: (972) 692-7454

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LASSANA MAGASSA**, *Plaintiff,* vs. **FEDREAL BUREAU OF INVESTIGATION**, *Defendant.* | CASE NO.: 19-cv-1952 (KBJ) <br><br> CIVIL ACTION <br><br> **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, LASSANA MAGASSA, by and through undersigned counsel, files this Motion for Summary Judgment pursuant Fed. R. Civ. P. 56, and in support thereof, Plaintiff relies on the accompanying Brief in Support of His Motion for Summary Judgment. Plaintiff respectfully requests that his Motion for Summary Judgment be granted in full for the reasons set forth in his accompanying Memorandum of Authorities.

Dated: September 17, 2020                                                            Respectfully submitted,

*/s/ Christina A. Jump*
Christina A. Jump
D.C. ID No. TX151
Leila E. Mustafa
D.C. ID No. TX0169
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507; Fax: (972) 692-7454
cjump@clcma.org
lmustafa@clcma.org
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Plaintiff*
