# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LASSANA MAGASSA**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **FEDREAL BUREAU OF INVESTIGATION**, <br><br> *Defendant.* | CASE NO.: 19-cv-1952 (KBJ) <br><br> CIVIL ACTION <br><br> **PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE** |

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS
## AS TO WHICH THERE IS NO GENUINE ISSUE

| | |
|---|---|
| 1. In February 2017, Plaintiff submitted a Freedom of Information Act ("FOIA")/ Privacy Act ("PA") request to the Federal Bureau of Investigation ("FBI"). Doc. 1 at ¶ 19; Ex. A to Declaration of Michael Seidel ("Seidel Decl."). | |
| 2. On February 24, 2017, the FBI acknowledged receipt of Plaintiff's FOIA/PA request. Doc. 1 at ¶ 11; Ex. A to Seidel. | |
| 3. The February 24, 2017 FOIA/PA Acknowledgment certified that Plaintiff's FOIA request was proper, or in other words, "perfected." Doc. 1 at ¶¶ 11, 17. | |
| 4. On February 22, 2018, a year after Plaintiff submitted his request, Defendant informed Plaintiff that it had reviewed 19 pages, and would be releasing 19 pages of records in full or in part. Ex. E to Seidel Decl.; *see also* Doc. 1 at ¶¶ 22-23. | |

| | |
|---|---|
| 5. The February 22, 2018 correspondence indicated Defendant's position that the release of information (19 documents) was final. Ex. E to Seidel Decl. | |
| 6. On May 22, 2018, Plaintiff submitted a timely written appeal of the FBI's over-redacted and inadequate response to Plaintiff's FOIA/PA request. Doc. 1 at ¶ 25; Ex. F to Seidel Decl. | |
| 7. On November 20, 2018, Defendant FBI affirmed its withholdings and redactions. Doc. 1 at ¶ 16; Ex. H to Seidel Decl. | |
| 8. After the initiation of this lawsuit, the FBI conveyed that it had located eight more responsive documents. Ex. I to Seidel Decl.; *see also* Seidel Decl. at 5, ¶ 14. | |
| 9. The additional document production evinces that the FOIA/PA response in February 2018 was not "final," despite that representation. Ex. I to Seidel Decl; *see also* Seidel Decl. at 5, ¶ 14; Doc. 1 at ¶ 29. | |
| 10. The FBI did not search reference files until after the commencement of this litigation. Seidel Decl. at 11, ¶ 27. | |
| 11. Defendant did not indicate if watch list records were searched in either of its response letters. Seidel Decl. at 11, ¶ 27. | |
| 12. It took a year from the date of Plaintiff's request for Defendant to review and release 19 documents in full or in part. Ex. E to Seidel Decl.; *see also* Doc. 1 at ¶¶ 22-23. | |

2 

| | |
|---|---|
| 5. The February 22, 2018 correspondence indicated Defendant's position that the release of information (19 documents) was final. Ex. E to Seidel Decl. | |
| 6. On May 22, 2018, Plaintiff submitted a timely written appeal of the FBI's over-redacted and inadequate response to Plaintiff's FOIA/PA request. Doc. 1 at ¶ 25; Ex. F to Seidel Decl. | |
| 7. On November 20, 2018, Defendant FBI affirmed its withholdings and redactions. Doc. 1 at ¶ 16; Ex. H to Seidel Decl. | |
| 8. After the initiation of this lawsuit, the FBI conveyed that it had located eight more responsive documents. Ex. I to Seidel Decl.; *see also* Seidel Decl. at 5, ¶ 14. | |
| 9. The additional document production evinces that the FOIA/PA response in February 2018 was not "final," despite that representation. Ex. I to Seidel Decl; *see also* Seidel Decl. at 5, ¶ 14; Doc. 1 at ¶ 29. | |
| 10. The FBI did not search reference files until after the commencement of this litigation. Seidel Decl. at 11, ¶ 27. | |
| 11. Defendant did not indicate if watch list records were searched in either of its response letters. Seidel Decl. at 11, ¶ 27. | |
| 12. It took a year from the date of Plaintiff's request for Defendant to review and release 19 documents in full or in part. Ex. E to Seidel Decl.; *see also* Doc. 1 at ¶¶ 22-23. | |

| | |
|---|---|
| 13. The FBI did not conduct independent searches with the additional identifying information that Plaintiff provided in his FOIA/PA request (including his social security number), but merely compared that information to documents containing Plaintiff's name. Seidel Decl. at 10-11, ¶ 27. | |

Dated: September 17, 2020                                                                 Respectfully submitted,

*/s/ Christina A. Jump*
Christina A. Jump
D.C. ID No. TX151
Leila E. Mustafa
D.C. ID No. TX0169
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507; Fax: (972) 692-7454
cjump@clcma.org
lmustafa@clcma.org
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was emailed to opposing counsel of record. The foregoing will be filed with all related materials as a "batch" within three business days of the service of the last reply brief, and in any event no later than the final filing deadline of November 9, 2020, pursuant to this Court's General Order and Guidelines Applicable to FOIA Cases.

Dated this 17th day of September, 2020.

*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Plaintiff*
