# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LASSANA MAGASSA**, | CASE NO.: 19-cv-1952 (KBJ) |
| *Plaintiff,* | |
| vs. | CIVIL ACTION |
| **FEDREAL BUREAU OF INVESTIGATION**, | **[PROPOSED] ORDER** |
| *Defendant.* | |

Upon consideration of Plaintiff's Motion for Summary Judgment, Plaintiff's Material Facts as to Which There is No Genuine Issue, Plaintiff's Brief in Support of His Motion for Summary Judgment, and the entire record in this case, it is hereby **ORDERED**:

The Plaintiff's Motion for Summary Judgment is **GRANTED** in its entirety.

**SO ORDERED** this _____ day of _____, 2020.

_____
HON. KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE