CHRISTINA A. JUMP (D.C. ID No. TX151)
    cjump@clcma.org
Constitutional Law Center for Muslims in America
100 N. Central Expy., Ste. 1010
Richardson, TX 75080
Tel: (972) 914-2507; Fax: (972) 692-7454

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA**

| | |
|---|---|
| **LASSANA MAGASSA**, <br><br> *Plaintiff,* <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION**, <br><br> *Defendant.* | **Civil Action No.:** 1:19-cv-01952 (JMC) |

**PLAINTIFF'S MOTION AND MEMORANDUM TO SET STATUS CONFERENCE**

Plaintiff Lassana Magassa ("Plaintiff" or "Dr. Magassa") hereby moves this Court requesting a Status Conference with respect to the Parties' Cross-Motions for Summary Judgment and Plaintiff's Notice of Supplemental Authority, all of which are fully briefed. Plaintiff seeks prompt relief and requests a status conference to obtain guidance from the Court on the briefing in the case. In support of his motion, Plaintiff sets forth the following:

1.  Dr. Magassa first filed his Original Complaint (Doc. 1) on June 28, 2019, seeking declaratory, injunctive, and other appropriate relief against Defendant FBI for its violation of the Freedom of Information Act ("FOIA").

2.  On August 13, 2019, Defendant filed its Answer and asserted Dr. Magassa's Complaint fails to state claims upon which relief could be granted, and that Dr. Magassa could not compel the production of records subject to FOIA exemptions.

3.  Pursuant to the Court's orders, the Parties conferred and submitted status reports on August 27, November 13, December 12, 2019 and February 12, 2020, in an effort to narrow the issues and coordinate release of responsive records to Dr. Magassa.

4.  Plaintiff and Defendant each filed motions for summary judgment on November 13, 2020, and later filed their oppositions and replies to these motions.

5.  The Court reassigned this case to Judge Jia Cobb on November 15, 2021.

6.  On September 15, 2022, nearly two years after the Parties filed their motions for summary judgment, Plaintiff filed a Notice of Supplemental Authority (Doc. 31) to bring the Court's attention to *Fikre v. FBI*, 35 F.4th 762 (9th Cir. 2022).  In *Fikre*, the Ninth Circuit reversed the district court's dismissal of the case, holding that the government's decision to remove Mr. Fikre from the No Fly list did not moot his claims because the government did not provide detail as to why the government included Mr. Fikre on the No Fly list or whether any change to inclusion criteria occurred.  *Fikre*, 35 F.4th at 770–71.  Defendant filed a response on September 23, 2022.

7.  As of the filing of this motion, more than two years have passed since the full briefing of the Parties' Cross-Motions for Summary Judgment, and more than five months have passed since the full briefing of Plaintiff's Notice of Supplemental Authority.

8.  Dr. Magassa requests prompt relief at this time because Defendant FBI continues

to violate its statutory obligations under FOIA.  Defendant FBI failed to complete a sufficient search for records and impermissibly redacted the records it did produce. Dr. Magassa has no other avenue through which he may obtain the records he requests from Defendant, and therefore no alternative method of redress.

9.   A Status Conference will provide direction for Plaintiff in this matter, as well as assist the Court with adjudication of this case.

10.   Counsel for Plaintiff has conferred with counsel for Defendant FBI in this matter, who relayed that "Defendant does not take a position on Plaintiff's motion for a status conference and believes it to be unnecessary."

For the foregoing reasons, Plaintiff Lassana Magassa respectfully requests this Court hold a Status Conference, in light of the Parties' fully briefed Cross-Motions for Summary Judgment and all related completed briefing.

Respectfully submitted this 12th day of May, 2023.

*/s/ Christina Jump*
Christina A. Jump
D.C. ID No. TX151
Constitutional Law Center
for Muslims in America
100 N. Central Expy., Ste. 1010
Richardson, TX 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
*Attorney for Plaintiff*

**CERTIFICATE OF CONFERENCE**

On May 12, 2023, I conferred with counsel for Defendant, who represented that "Defendant does not take a position on Plaintiff's motion for a status conference and believes it to be unnecessary."

.

*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Plaintiff*
